■ Bonnie Mangione, Individually and as Parent and Natural Guardian of Laura Bottomley, an Infant, Respondent, v Joseph M. Dunn, Respondent, and Kevin J. Merkel et al., Appellants. [730 NYS2d 906] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mintz, J. (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Hayes, Wisner, Kehoe and Burns, JJ.